IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| MARLON CAMARILLO, | ) | CV-05-70-BLG-RFC |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | ORDER |
| MIKE MAHONEY, Warden, | ) | |
| Montana State Prison, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On April 21, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendations. Magistrate Judge Anderson recommends that Camarillo's Petition be denied on the merits and a certificate of appealability be denied.

Upon service of a magistrate judge's findings and recommendation, Petitioner had twenty (20) days to file written objections. 28 U.S.C. § 636. In this matter, Petitioner filed his objections on May 15, 2006. Petitioner's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

Accordingly, IT IS HEREBY ORDERED that Camarillo's Petition [*doc. #1*] is DENIED on the merits and a certificate of appealability is DENIED.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 17th day of May, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE